UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE PROFESSIONAL ASSISTANCE PROGRAM,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 13-cv-00241 |
| **CNA INSURANCE,** ) ) ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPUTLATED AND AGREED by and between the Parties and/or their respective counsel that the above styled matter is voluntarily dismissed, with prejudice, in its entirety, including, but not limited to, all claims against the Defendant, American Casualty Company of Reading, Pennsylvania ("ACCO") incorrectly names as CNA INSURANCE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree that they should be responsible for their own fees, costs and expenses.

Respectfully submitted,

/s/ Robert W. Briley
**ROBERT W. BRILEY (#18560)**
230 4th Avenue North, Suite 500
Nashville, Tennessee 37219
(615)833-3390
**Attorney for Defendant**

1

        /s/ Greta A. Matzen
**GRETA A. MATZEN**
Colliau Carluccio Keener Morrow Peterson & Parsons
333 S Wabash Avenue
25th Floor
Chicago, IL 60604
(312) 822-4963
Email: greta.matzen@cna.com


        /s/ William G. Colvin
**WILLIAM G. COLVIN**
801 Broad Street, Suite 428
Chattanooga, Tennessee 37402
(423) 265-8804
Email: bcolvin@cavett-abbott.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served upon all parties via the court's CM/ECF electronic service this the 19th day of May 2014. The parties to be served are as follows.

GRETA A MATZEN
Colliau Carluccio Keener Morrow Peterson & Parsons
333 S Wabash Avenue
25th Floor
Chicago, IL 60604
Email: greta.matzen@cna.com

WILLIAM G. COLVIN
801 Broad Street, Suite 428
Chattanooga, Tennessee 37402
(423) 265-8804
Email: bcolvin@cavett-abbott.com


        /s/ Robert W. Briley