IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE PROFESSIONAL ASSISTANCE PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:13-cv-00241 |
| v. | ) ) | Judge Nixon |
| CNA INSURANCE, | ) ) | Magistrate Judge Knowles |
| Defendant. | ) ) | |

## ORDER

The parties to this action have filed a Joint Stipulation of Dismissal with Prejudice, stipulating to the dismissal with prejudice of this action, with each party to bear its own fees, costs, and expenses. (Doc. No. 17.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice.** The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the __20__ day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT